AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

BRAD CHINN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

THE CITY OF SPOKANE; MARY VERNER; JOE SHOGAN; NANCY MCLAUGHLIN; MIKE ALLEN; AL FRENCH; STEVE CORKER; RICHARD RUSH,

CASE NUMBER: CV-09-0354-EFS

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants with prejudice pursuant to the Court's order filed May 17, 2010, Ct Rec 39.

| | |
|---|---|
| May 17, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |